UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL S. SINCLAIR | ) | CASE NO. 09-09107-YUM EPB |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $*484.63* to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

*Feb 27, 2013*
DATE

Eddward J. Ballinger
UNITED STATES BANKRUPTCY JUDGE