**LAWRENCE J. WARFIELD**
Chapter 7 Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

MICHAEL S. SINCLAIR

Debtor(s).

Chapter 7

Case No. 0:09-bk-09107-EPB

**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT**

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5008 | 07/23/2013 | Citifinancial Retail Services<br>P.O. Box 140489<br>Irving, TX 750140489 | $326.90 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $326.90 to the Clerk of the Court to be deposited in the Registry thereof.

DATED July 26, 2013.

/s/ Lawrence J. Warfield
Lawrence J. Warfield, Trustee

-1-