SO ORDERED.

Dated: July 31, 2013

Eddward P. Ballinger Jr., Bankruptcy Judge

UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL S. SINCLAIR | ) | CASE NO. 0:09-BK-09107-EPB |
| | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $*326.90** to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

*Jul 26, 2013*
DATE                    Eddward P. Ballinger, Jr.
                        UNITED STATES BANKRUPTCY JUDGE